## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **2576, INC. D/B/A PROPER SAUSAGES**<br>**9722 NE 2nd Ave.**<br>**Miami, Florida 33138**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**JEY HOSPITALITY GROUP, LLC**<br>**202 SW 2nd Street**<br>**Suite A**<br>**Fort Lauderdale, Florida 33301**<br><br>    **Defendant.** | Civil Action No. 1:17-cv-24466 |

## VERIFIED COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT

This is a civil action by Plaintiff 2576, Inc. d/b/a Proper Sausages against Defendant JEY Hospitality Group, LLC for trademark infringement under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*.

## THE PARTIES

1. The Plaintiff 2576, Inc. d/b/a Proper Sausages, ("Proper Sausages") is a Florida corporation with its principal place of business at 9722 NE 2nd Ave., Miami FL 33138.

2. Defendant JEY Hospitality Group, LLC, is a Florida limited liability company with a principal place of business at 202 SW 2nd Street, Suite A, Fort Lauderdale, Florida 33301.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. §§ 1116, 1121, as this action arises under the United States trademark laws.

4. This Court has personal jurisdiction over Defendant because it conducts business in Miami and Fort Lauderdale, Florida, within the Southern District of Florida and has committed acts of trademark infringement within the Southern District of Florida.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because Defendant is based in Fort Lauderdale, Florida, and Defendant does business in, has substantial contacts with and a substantial part of the events giving rise to the claims herein occurred and continue to occur in this judicial district.

## STATEMENT OF FACTS

### I. Proper Sausages' Business and Trademarks

6. Proper Sausages is a South Florida business founded in 2011 by husband and wife team Freddy and Danielle Kaufmann that retails a range of gourmet breakfast and lunch sandwiches, handmade sausages, top quality meats, craft beers, select wines, and other locally sourced gourmet provisions to customers throughout South Florida, including in Fort Lauderdale. Proper Sausages sells its products via several channels including: a retail shop located in Miami Shores; deliver orders throughout South Florida; online orders via its website www.propersausages.com; and throughout the United States via Amazon.com.

7. The story of Proper Sausages' inception is told on its website and has been repeated by numerous South Florida food and trade publications:

> Freddy & Danielle Kaufmann started Proper Sausages, in Miami, in 2011. Frustrated by the musty offerings of supermarkets and missing an authentic English sausage, one made with quality pork and bold, yet simple flavors, Danielle could only ask, "Where are the proper sausages?" Armed with Freddy's strong culinary background and Danielle's unique British understanding of all things "proper" they quickly began work on creating what they considered to be The Proper Sausage. Seeking to satisfy themselves they settled on a blend of Berkshire pork, fresh sage, black pepper, and mace. Simple and delicious. Unbound by traditional constraints they continued to experiment with different

ingredients until they had mastered 20 varieties, different but equally as worthy of the name Proper.

8. Proper Sausages owns and uses the following marks containing PROPER in conjunction with the sale of sandwiches, meats, sausages and other products:

| MARK | REGISTRATION/ SERIAL NUMBER | DATE OF REGISTRATION |
|---|---|---|
| (Proper Sausages logo) | Reg. No. 4213602 | September 25, 2012 |
| PROPER SAUSAGES | Reg. No. 4213621 | September 25, 2012 |
| PROPER MEATS AND DELICACIES | Reg. No. 5129110 | January 24, 2017 |
| EAT PROPER | Serial No. 87635138 | Pending |
| PROPERCUE | Serial No. 87547384 | Pending |
| (Proper Sausages Fine Meats & Delicacies logo) | Not Registered | In use since 2013 |

9. All of Proper Sausages products are marketed and branded under the foregoing "PROPER" marks (collectively the "PROPER family of marks" or "PROPER marks"). Over the past six years Proper Sausages has invested tens of thousands of dollars in building and establishing the "Proper" brand throughout South Florida.

3

**II.     Defendant's Trademark Infringement and Actual Confusion in the Market**

10.    On March 21, 2017, a number of Proper Sausages' customers contacted Proper Sausages to congratulate it on the announcement that it would be opening a new shop in Fort Lauderdale. The customers referred to a *New Times* story announcing the planned opening of "Proper Sandwich Fine Meats & Provisions" ("Proper Sandwiches"). The article indicated that Proper Sandwiches would be located in Fort Lauderdale, Florida and will provide "[a]rtisan sandwiches on locally baked bread with local produce and house-made roasted meats."

11.    The *New Times* is a website and South Florida print publication "attracting more than 2.2 million monthly active users and a weekly print edition with a circulation of more than 50,000."

12.    The *New Times* article quoted one of Proper Sandwiches' owners, explaining the origin of the name of the shop:

> "Fort Lauderdale is filled with subs and hoagies," Falsetto says. "**But you can't get a proper sandwich anywhere. That's where we got the name from.** Artisan sandwiches on locally baked bread with local produce and house-made roasted meats — it will be the perfect fit for FAT Village residents and workers."

13.    The Proper Sandwiches shop is located 22 miles from Proper Sausages' retail location which opened in March, 2013.

14.    In the days following publication of the *New Times* story, Kaufmann received numerous additional communications congratulating Proper Sausages on it plans to open "Proper Sandwiches" in Ft. Lauderdale. In fact, Proper Sausages was not opening a "Proper Sandwiches" shop.

15.    Defendant JEY Hospitality Group is the actual business that has opened the Proper Sandwiches shop. JEY, according to the "About Us" section of it website is: "Just Enjoy Yourself. JEY Hospitality Group is a full service hospitality group that has established a

4

collection of award-winning hospitality and lifestyle concepts throughout South Florida including Miami, Broward and Palm Beach counties. Concepts include ROK:BRGR, Himmarshee Public House, Taco Craft, Mercado Negro Pizza Craft, The Apothecary 330 . . . ." JEY, while owning an operating a range of hospitality-focused business, has never used the term "Proper" in the branding of any of its businesses. Nor does it hold any federal trademark registration for any mark containing the term "Proper."

16. After receiving numerous communications from its customers who were confused by the "Proper Sandwiches" name, believing incorrectly that the source of the new shop was Proper Sausages, Proper Sausages contacted its legal counsel. On March 29, 2017, Proper Sausages legal counsel sent a cease and desist letter to JEY informing them of Proper Sausages extensive use and investment in its "PROPER" brand, its ownership of numerous federal registration for various "PROPER" marks, and informing JEY of the actual confusion that had been occurring regarding the source of Proper Sandwiches.

17. On March 30, 2017, JEY filed an intent to use trademark application for the following design mark prominently featuring PROPER in the mark (herein after "PROPER SANDWICH mark"):



18. Subsequently, JEY also launched Instagram and Facebook accounts, "Proper Sandwich Shop," coming in the fall of 2017, again prominently featuring PROPER:



19. On March 30, 2017, another story announcing opening of "Proper Sandwich" was printed in the *South Florida Business Journal*, another popular South Florida publication. The article once again described a business sounding confusingly similar in name, concept and goods to Proper Sausages: "Proper Sandwich will be an artisanal sandwich shop that makes all of its meats in-house, and sources its produce locally. . . . The eatery will offer gourmet sandwiches in 'all shapes and sizes' paired with beer and wine. Breakfast and specialty pies are also part of Proper Sandwich's plans." The *South Florida Business Journal* story resulted in a new round of confused Proper Sausages' customers calling Kaufmann to congratulate Proper Sausages on opening a second location in Ft. Lauderdale.

20. During the spring and summer of 2017, JEY continued to pursue preparation of opening of its Proper Sandwich shop, including installing signage on the exterior of the eatery prominently featuring PROPER:



21. In November 2017, the Proper Sandwich shop opened.

### III. Harm Caused by Defendant's Infringement

22. Consumers are likely to believe that food and beverages offered under Defendant's PROPER SANDWICH mark are produced by or are authorized, endorsed, related to or sponsored by Proper Sausages.

23. Consumers are likely to expect that the Proper Sandwiches' products are of the same high quality and standards as Proper Sausages' products.

24. Proper Sausages has no control over the quality of the products or the public perception of the food and beverages that Defendant offers under the PROPER SANDWICH mark.

25. Any failure, neglect, or default by Defendant or negative public perception of Defendant's food and beverage products will reflect adversely upon Proper Sausages.

26. The favorable goodwill that Proper Sausages has developed in its PROPER family of marks is at risk as a result of Defendant's use of the confusingly similar PROPER SANDWICH mark.

27. Defendant's use of PROPER SANDWICH, if permitted, will lessen the capacity of Proper Sausages' PROPER family of Marks to identify and distinguish Proper Sausages' food and beverage products, thereby causing harm to Proper Sausages.

28. Proper Sausages has suffered and will continue to suffer irreparable harm as a result of Defendant's use of the PROPER SANDWICH mark in connection with the sale of food and beverages.

29. Proper Sausages believes that, unless enjoined by this Court, Defendant intends to continue its course of conduct and wrongfully use, infringe upon and otherwise profit from Proper Sausages' PROPER family of Marks including its registered, incontestable PROPER SAUSAGES trademarks.

30. Proper Sausages has no adequate remedy at law to address all of the injuries that Defendant has caused and intend to cause by its conduct.

## COUNT I
### (Federal Trademark Infringement Under 15 U.S.C. § 1114(1))

31. Proper Sausages restates and incorporates by reference the allegations contained in paragraphs 1 through 30 as if fully set forth herein.

32. Proper Sausages owns the U.S. Trademark Registrations for Reg. Nos. 4213602, 4213621 and 5129110.

33. Proper Sausages has used the marks shown in Reg. Nos. 4213602, 4213621 and 5129110 since a date prior to any date on which Defendant may rely.

34. The Defendant's PROPER SANDWICH mark is similar to Plaintiff's PROPER SAUSAGES trademarks in appearance, sound, and commercial impression.

35. Defendant's food and beverage goods using the PROPER SANDWICHES mark is confusingly similar to, related to and directly competitive with Proper Sausages' food and beverage products set forth in marks shown in Reg. Nos. 4213602, 4213621 and 5129110.

36. Defendant manufactures, sells, offers to sell, distributes and/or advertises to the same customers and through the same channels of trade as Proper Sausages.

37. Defendant sells, offers for sale, distributes and/or advertises goods on or in connection with the PROPER SANDWICHES mark such that it is likely to and has caused actual confusion, or to cause mistake or to deceive the relevant consuming public as to the source of the goods or the affiliation, connection or association of Defendant with Plaintiff in violation of 15 U.S.C. § 1114(1), Section 32(1) of the Lanham Act.

## COUNT II
### (False Designation of Origin and Unfair Competition Under 15 U.S.C. § 1125(a))

38. Proper Sausages restates and incorporates by reference the allegations contained in paragraphs 1 through 37 as if fully set forth herein.

39. Proper Sausages owns the PROPER family of Marks. Proper Sausages has owned and consistently and substantially used the PROPER SAUSAGES trademarks since at least 2011.

40. Proper Sausages also owns common law interest and rights in and to the term PROPER SAUSAGES and PROPER MEATS AND DELICACIES and has continually and substantially used the mark in interstate commerce in relation to food products since at least as early as 2001 for the PROPER SAUSAGES Marks and since at least as early as 2016 for PROPER MEATS AND DELICACIES.

41. Accordingly, Proper Sausages adopted and has consistently used the term PROPER SAUSAGES and PROPER MEATS & DELICACIES trademarks for a range of food and beverage products prior to any date upon which Defendant may rely.

9

42.     In addition, Proper Sausages has applications pending for the marks EAT PROPER and PROPERCUE (Serial Nos. Serial Nos. 87547384, 87635138).

43.     Defendant's PROPER SANDWICHES mark is similar to Plaintiff's PROPER SAUSAGES trademarks and PROPER MEATS AND DELICACIES mark in appearance, sound, and commercial impression.

44.     Defendant's PROPER SANDWICHES branded food and beverage products are confusingly similar to, related to and directly competitive with Proper Sausages' food and beverages products.

45.     Defendant manufactures, sells, offers to sell, distribute, use in commerce or advertises to the same customers and through the same channels of trade as Proper Sausages.

46.     Defendant sells, offers for sale, distributes, advertises, or uses in commerce goods on or in connection with the PROPER family of Marks such that the conduct is likely to cause confusion, or to cause mistake or to deceive the relevant consuming public as to the source of the goods or the affiliation, connection or association of Defendant with Plaintiff in violation of 15 U.S.C. § 1125(a), Section 43(a) of the Lanham Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff 2576, Inc. d/b/a Proper Sausages requests judgment against Defendant JEY Hospitality Group, LLC as follows:

1. That the Court adjudge that Plaintiff's trademarks have been infringed as a direct and proximate result of the Defendant's acts as set forth herein.

2. That Defendant and its respective agents, servants, employees, officers, directors, successors, licensees and assigns, and all those in active concert or participation with it, be preliminarily and permanently enjoined from:

(a) using in any form or manner PROPER SANDWICH or any confusingly similar trademark, trade name, domain name, email address or internet search keywords or advertisement word anywhere in the United States;

(b) engaging in any conduct which will cause or is likely to cause confusion, mistake or misunderstanding as to the source, affiliation, connection, or association of Defendant or Defendant's products, promotions, sales or advertisements with Proper Sausages or Proper Sausages' products, promotions, sales or advertisements; and

(c) otherwise infringing upon Proper Sausages' trademark rights or unfairly competing with Proper Sausages in any manner whatsoever.

3. That Plaintiff be awarded Defendants' profits and Plaintiff's actual damages arising from Defendant's use of the infringing PROPER family of Marks.

4. That Plaintiff be awarded treble damages in view of the intentional and willful nature of Defendant's infringement pursuant to 15 U.S.C. § 1117.

5. That Plaintiff be awarded reasonable attorney's fees and taxable costs in view of the intentional and willful nature of Defendant's infringement under 15 U.S.C. § 1117.

6. That Defendant be ordered to deliver for destruction all documents and things bearing the PROPER SANWICH mark and any mark similar too any of the PROPER family of Marks pursuant to 15 U.S.C. § 1118.

7. That the Court award Proper Sausages such other relief as this Court deems just and proper.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

DATED: 12/4/17

RESPECTFULLY SUBMITTED,

**2576, INC. d/b/a PROPER SAUSAGES**

Joseph Anderson (JALaw@comcast.net)
Fla. Bar No. 0100789
**BUSINESS LAW & LITIGATION, PA**
P.O. Box 531097
Miami, Florida 33153
Telephone: 305-280-0551
E-Facsimile: 202-380-9093

Attorney for Plaintiff

## VERIFICATION

I, Frederick C. Kaufmann, President and co-owner of 2576, INC. d/b/a Proper Sausages, hereby certify, under the penalties of perjury; (a) that I have read the foregoing Verified Complaint; and (b) that the allegations contained in the Verified Complaint are true and accurate based upon my personal knowledge, except such allegations as are made upon information and belief, which allegations I believe to be true.

DATED: 12.4.17

Frederick C. Kaufmann